UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-14515 |
| | | CHAPTER 13 |
| KIMBERLY LUCIILLE KHAMISI | : | JUDGE BURTON PERLMAN |
| DEBTOR | : | NOTICE OF TRANSMITTAL OF |
| | : | UNCLAIMED FUNDS |

Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

After the filing of the Trustee's Certification of Final Payment, the Trustee reports that a check (s) sent to the debtor have not been cashed or have been returned as undeliverable.  Trustee has made inquiry through debtor(s)' counsel regarding a forwarding address, but no further information for rectifying this refund has been provided. These Funds are now unclaimed.

<u>Check No.</u>          <u>Amount</u>
 923341                $798.84


<u>Debtor Address</u>
KIMBERLY LUCIILLE KHAMISI
2621 VICTORY PARK WAY
CINCINNATI, OH  45206



                                        Respectfully submitted,


                              /s/    <u>Margaret A. Burks, Esq.</u>
                                     Margaret A. Burks, Esq.
                                     Chapter 13 Trustee
                                     Attorney No. OH 0030377

                                     Francis J. DiCesare, Esq.
                                     Staff Attorney
                                     Attorney No. OH 0038798

                                     Guinevere D. O'Shea, Esq.
                                     Staff Attorney
                                     Attorney Reg No. OH 0086523

                                     600 Vine Street, Suite 2200
                                     Cincinnati, OH 45202
                                     (513) 621-4488
                                     (513) 621 2643 (Facsimile)
                                     mburks@cinn13.org - Correspondence only
                                     fdicesare@cinn13.org
                                     goshea@cinn13.org

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by **ordinary U.S. Mail** on this day, May 24, 2016.


/s/    Margaret A. Burks, Esq.
       Margaret A. Burks, Esq.


Debtor(s)
KIMBERLY LUCIILLE KHAMISI
2621 VICTORY PARK WAY
CINCINNATI, OH  45206

Debtor(s) Counsel
CHARLES W. FONDA, ESQ.
75 PUBLIC SQUARE
SUITE #650
CLEVELAND, OH  44113


U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)